## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN W. TATE<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MORRIS COUNTY PROSECUTORS OFFICE, et al.,<br><br>　　　　Defendants. | Civil Action No.: 09-cv-2440 (PGS)<br><br>**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |

This matter having come before the Court on plaintiff John W. Tate's ("Plaintiff") application to proceed without prepayment of fees under 28 U.S.C. §1915;

It is on this 26th day January 2010 **ORDERED** as follows:

1. Plaintiff's application is granted.

2. The clerk is directed to file the complaint.

3. The clerk shall issue a summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendants as directed by Plaintiff. All costs of service shall be advanced by the United States.

_____
PETER G. SHERIDAN, U.S.D.J.