PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for Defendants New Jersey Department of Corrections, Grace
      Rogers, and Caprice Shavers

By:   Daniel M. Vannella
      Deputy Attorney General
      (609) 292-8550
      daniel.vannella@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| JOHN W. TATE, | : | HON. PETER G. SHERIDAN, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 09-2440 (PGS-ES) |
| v. | : | |
| MORRIS COUNTY PROSECUTORS OFFICE, et al., | : | ORDER |
| Defendants. | : | |

This matter having come before the court on motion of Paula T. Dow, Attorney General of New Jersey, by Daniel M. Vannella, Deputy Attorney General, on behalf of defendants Department of Corrections, Rogers, and Shavers, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and the court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this 23rd day of September, 2010;

ORDERED that these defendants are hereby granted leave to answer, move, or otherwise reply to plaintiff's amended complaint within thirty days from the date of this order.

_____
Honorable Esther Salas
United States Magistrate Judge